AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

v.

VIXAY Phommarath

APPEARANCE

CASE NUMBER: 1:07 MJ 43A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VIXAY PHOMMARATH

I certify that I am admitted to practice in this court.

April 27, 2007
*Date*

Robert B. Mann
*Signature*

Robert B. MANN
*Print Name*

0153
*Bar Number*

ONE TURKS HD. PL STE 610
*Address*

PROV
*City*

RI
*State*

02903
*Zip Code*

351-5770
*Phone Number*

521-4305
*Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.