United States Distrct Court
Of Rhode Island First Circuit

07 mj 043 LDA

United States

v.

Vixay Phommarath

Motion For Indigencey

Hereby comes the defendant in the above matter requesting this honorable court to deem the defendant as an indigent litigant in the above case. I can no longer retain my current counsel nor do i have the ability to proceed as a pro se litigant due to my lack of efficency of the english language and understanding of the law.

I pray this honorable court accept my motion and deemed me indigent to currently retain legal assistance.

Respectfully Submitted

Linda Lugo
notary
exp 1/31/08
7/9/07

Vixay Phommarath
Donald Wyatt Detention
950 High Street
Central Falls R.I. 02863

cc.file