**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Vs.** | : | **C.A. No.: 1:07-MJ-43** |
| | : | |
| **VIXAY PHOMMARATH** | : | |

## MOTION TO WITHDRAW

Now comes Attorney for the Defendant in the above-entitled matter, and respectfully requests this Honorable Court grant his Motion to Withdraw as Counsel of record for said Defendant, Vixay Phommarath.

For reason states, Attorney for Defendant submits that a breakdown in communication has occurred between Counsel and Defendant, whereby Counsel can no longer effectively represent Defendant.

WHEREFORE, Attorney for the defendant prays that this Honorable Court so move and Grant Counsel's Motion to Withdraw.

Respectfully submitted,
Attorney for Defendant,

/s/ Steven D. DiLibero, Esquire ____

Steven D. DiLibero, Esquire (#4678)
DiLibero & Coloian, LLP
130 Dorrance Street
Providence, Rhode Island 02903
Phone: 401-621-9700
Fax: 401-331-9503

**PLEASE TAKE NOTICE that this matter is scheduled to be heard before Magistrate Judge Lincoln D. Almond in Courtroom A on July 25, 2007 at 12:00 pm.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

/s/ Steven D. DiLibero, Esquire ____