UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 1:07-M-43A |
| | : | |
| VIXAY PHOMMARATH | : | |

JOINT MOTION TO EXCLUDE CERTAIN TIME
UNDER THE SPEEDY TRIAL ACT

The defendant Vixay Phommarath, by and through his attorney, Robert B. Mann, Esq., and the United States, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, move the Court to exclude the period August 16, 2007 through September 13, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this joint motion, the government and the defendant state as follows:

On June 29, 2007, the Court issued an order excluding the period July 4, 2007 through August 15, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. §3161(b), so as to permit the parties to continue to engage in plea negotiations. The Court had previously issued an order excluding the time from May 3, 2007, through July 3, 2007. The government and the defendant are currently engaged in plea negotiations, which may lead to the prompt resolution of the charges filed by complaint in this matter, thereby conserving judicial resources. These plea negotiations, however, are not yet complete, because, inter alia, defense counsel is still in the process of reviewing and evaluating the recordings made in connection with this case, and discussing those recordings with the

defendant. In addition, counsel for Vixay Phommarath changed very recently on July 25, 2007, and this change in counsel is a further reason for the request for additional time. The parties therefore request that a short period of additional time, August 15, 2007 through September 13, 2007, be excluded from the time by which the defendant must be charged by information or indictment, so that the possibility of a plea may be fully explored and judicial resources potentially conserved.

Accordingly, the ends of justice will be served by excluding the aforementioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

VIXAY PHOMMARATH,

By his Attorney,

/s/ Robert B. Mann

ROBERT B. Mann
RI Bar No. 0153
Mann & Mitchell
One Turks Head Place, Ste. 610
Providence, R.I. 02903
Tele: (401) 351-5770
FAX: (401) 521-4305
rmann@conversent.net

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha

PETER F. NERONHA
RI Bar No. 4327
U.S. Attorney's Office
50 Kennedy Plaza -8th Fl.
Providence, R.I. 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: August 9, 2007