UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 1:07-M-43A |
| | : | |
| VIXAY PHOMMARATH | : | |

MOTION TO EXCLUDE CERTAIN TIME
UNDER THE SPEEDY TRIAL ACT

The defendant Vixay Phommarath, by and through his attorney, Robert B. Mann, Esq., moves the Court to exclude the period September 14, 2007 through October 4, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this motion, the defendant states as follows:

On August 13, 2007, the Court issued an order excluding the period from August 16, 2007, to September 13, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. §3161(b), so as to permit the parties to continue to engage in plea negotiations. The Court had previously issued orders excluding the times July 4, 2007 through August 15, 2007, and from May 3, 2007 through July 3, 2007.

The government and the defendant are currently engaged in plea negotiations, which may lead to the prompt resolution of the charges filed by complaint in this matter, thereby conserving judicial resources. These plea negotiations, however, are not yet complete. The issues in this case are potentially complex and the ramifications for the defendant are significant.

The defense therefore requests that a short period of additional time, September 14, 2007 through October 4, 2007, be excluded from the time by which the defendant must be charged by information or indictment, so that the possibility of a plea may be fully explored and judicial resources potentially conserved.

Accordingly, the ends of justice will be served by excluding the aforementioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

VIXAY PHOMMARATH,

By his Attorney,

/s/ Robert B. Mann

ROBERT B. Mann
RI Bar No. 0153
Mann & Mitchell
One Turks Head Place, Ste. 610
Providence, R.I. 02903
Tele: (401) 351-5770
FAX: (401) 521-4305
rmann@conversent.net
Dated: September 14, 2007

**CERTIFICATION**

I hereby certify that on this 14th day of September, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Peter F. Neronha, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net